1056

[No. 28698-3-III. Division Three. December 14, 2010.]

ARNIE PIPKIN ET AL., *Appellants*, v. DOUGLAS COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 09-2-00255-7, John Hotchkiss, J., entered December 7, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28227-9-III. Division Three. December 16, 2010.]

*In the Matter of the Personal Restraint of* JAMES BERNARD SCHLOSSER, *Petitioner*.

Petition for relief from personal restraint. *Reversed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 28516-2-III. Division Three. December 16, 2010.]

*In the Matter of the Marriage of* DAVID B. UNDERWOOD, JR., *Respondent*, and CYNTHIA D. UNDERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-3-02168-3, Joseph F. Valente, J. Pro Tem., entered September 10, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28628-2-III. Division Three. December 16, 2010.]

STEPHEN ANDERSON, *Appellant*, v. KEVIN HANLON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-2-03089-7, Cameron Mitchell, J., entered November 16, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.